1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   MARTIN EDWARD WALTERS,                     No. C 12-1500 SI (pr)

8              Petitioner,                     **ORDER OF TRANSFER**

9         v.

10  DAVID LONG, Warden,

11             Respondent.

12  _____/

13         Martin Edward Walters, an inmate at Ironwood State Prison in Blythe, California, has

14  filed a petition for writ of habeas corpus to challenge the execution of his sentence, i.e., the loss

15  of time credits due to a disciplinary decision. The prison at which Walters is incarcerated is in

16  Riverside County, within the venue of the Central District of California. Venue is proper in a

17  habeas action in either the district of confinement or the district of conviction, 28 U.S.C. §

18  2241(d); however, the district of confinement is the preferable forum to review the execution of

19  a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

20  The fact that the disciplinary decision occurred in Salinas Valley does not affect the venue

21  preference for the place of the prisoner's current confinement. Because Walters is now confined

22  in the Central District of California and challenging the execution of his sentence, pursuant to

23  28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is

24  TRANSFERRED to the United States District Court for the Central District of California. The

25  clerk shall transfer this matter forthwith.

26         IT IS SO ORDERED.

27  DATED: May 23, 2012                    _____

                                            SUSAN ILLSTON
28                                          United States District Judge

*(left margin, vertical text)* United States District Court / For the Northern District of California